Honorable Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANNIE VANDEGRIFT,<br><br>　　　　Defendant. | NO. CR19-0052RSM<br><br>**ORDER GRANTING MOTION TO SEAL APPENDIX H TO EMERGENCY MOTION FOR COMPASSIONATE RELEASE** |

Upon consideration of Defendant's Motion to Seal Appendix H to Defendant's Motion for Emergency Motion for Compassionate Release, the motion is GRANTED.

DATED this 11th day of September, 2020.

　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/Peter Mazzone*

Peter Mazzone WSBA #25262

Attorney for Defendant

ORDER - 1

Peter Mazzone,# 25262
MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989

## CERTIFICATE OF SERVICE

I, Aleshia Johnson, Paralegal at Mazzone Law Firm, PLLC, hereby certify that on this 28TH day of August, 2020, I electronically filed the foregoing pleading using the CM/ECF system which provides service to all parties.

*/s/ Aleshia Johnson*
Aleshia Johnson, Paralegal
aleshiaj@mazzonelaw.com

ORDER - 2

Peter Mazzone,# 25262
MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989